UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA MARIE MCCOY, | Case No. 2:23-cv-00880-DAD-JDP (PS) |
| Plaintiff, | **ORDER** |
| v. | TRANSFERRING VENUE |
| SAN DIEGO COUNTY HHS, *et al.*, | |
| Defendants. | |

Plaintiff, proceeding without counsel, filed this action against San Diego County Child Welfare Services and several of its employes, and San Diego County Health and Human Services.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this case, plaintiff's claims arose in San Diego County, and all of the defendants reside in that county. Thus, venue properly lies in the Southern District of California. 28 U.S.C. § 84

1

1 (d). For the convenience of the parties and witnesses and in the interests of justice, this case will
2 be transferred to the Southern District of California.  *See* 28 U.S.C. § 1391(b).
3      Accordingly, it is hereby ORDERED that this case is transferred to the United States
4 District Court for the Southern District of California.

IT IS SO ORDERED.

Dated:   January 9, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE